

**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107

February 22, 2021

**Via ECF**
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED
The initial conference is adjourned from
February 24, 2021 to April 21, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

RE: Blackwood v. White Plains Hospital Medical Center et al,
20-cv-03531-GBD

Your Honor:

I am an attorney with the office of Phillips & Associates, attorneys for Plaintiff in the above-referenced matter. Plaintiff, on consent of all counsel and jointly with counsel for Defendants White Plains Hospital Medical Center, Danielle Delgado, and John Sanchez, writes to respectfully request that the telephonic conference presently scheduled for February 24, 2021 be adjourned to a date on or after March 30, 2021. This joint request is necessary because a mediation is presently scheduled for March 30, 2021. The requested adjournment will ensure that the initial conference occurs after the parties have had an opportunity to potentially resolve this dispute through mediation.

The parties thank the Court for its time and attention.

Respectfully submitted,

_____/s/_____
Shawn R. Clark, Esq.
Phillips & Associates
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431
sclark@tpglaws.com

cc: All Counsel of Record (By ECF)