# GARFUNKEL WILD, P.C.
ATTORNEYS AT LAW

111 GREAT NECK ROAD • GREAT NECK, NEW YORK 11021
TEL (516) 393-2200 • FAX (516) 466-5964
www.garfunkelwild.com



COLLEEN M. TARPEY
Senior Attorney
Licensed in NY
Email: ctarpey@garfunkelwild.com
Direct Dial: (516) 393-2536

FILE NO.:   00112.1882

May 24, 2021

**By ECF**

MAY 2 6 2021

The Honorable George B. Daniels, U.S.D.J.
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED
The initial conference is adjourned from May 26, 2021 to June 23, 2021 at 9:30 a.m.
/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re:   *Blackwood v. White Plains Hospital Medical Center, et al.* –
   **Docket No. 1:20-cv-03531-GBD**

Dear Judge Daniels:

This firm represents Defendants White Plains Hospital Medical Center, John Sanchez, and Danielle Delgado in the referenced action. We respectfully request an adjournment of the conference scheduled for May 26, 2021, as we do not believe that there are any substantive matters requiring the Court's attention at this time. We have consulted with counsel for all other parties, who have agreed to the adjournment.

Respectfully submitted,

*/s/ Colleen M. Tarpey*

Colleen M. Tarpey

Enclosure

cc:   All counsel ECF

NEW YORK   NEW JERSEY   CONNECTICUT

6094919v.1

Judge Daniels
September 29, 2020
Page 2

GARFUNKEL WILD, P.C.

6094919v.1