UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

SHETAYIA BLACKWOOD,

                            Plaintiffs,

    -against-

WHITE PLAINS HOSPITAL MEDICAL
CENTER, FITZCAR BATARD, DANIELLE
DELGADO, JOHN SANCHEZ, and CROTHALL
HEALTHCARE, INC.,

                            Defendant.

------------------------------------- x

ORDER

20 Civ. 3531 (GBD)

GEORGE B. DANIELS, District Judge:

The initial conference scheduled to occur on June 23, 2021 at 9:30 a.m. is hereby cancelled. A status conference is scheduled for August 11, 2021. The Clerk of Court is directed to close the letter motion at ECF No. 51.

Dated: June 22, 2021
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE