

# PHILLIPS & ASSOCIATES
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107

August 10, 2021

**SO ORDERED**

**Via ECF**
The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

The status conference is adjourned from August 11, 2021 to November 17, 2021 at 9:45 a.m.

AUG 10 2021

/s/ George B. Daniels
HON. GEORGE B. DANIELS

RE: Blackwood v. White Plains Hospital Medical Center et al,
20-cv-03531-GBD

Your Honor:

I am an attorney with the office of Phillips & Associates, attorneys for Plaintiff in the above-referenced matter. Plaintiff, on consent of all counsel, writes to inform the Court of the status of this matter and respectfully request that the status conference presently scheduled for August 11, 2021 be adjourned. A mediation was conducted in this matter on August 3, 2021 but was unsuccessful at resolving any issue in this case. The parties are proceeding with discovery; there are no issues requiring the Court's attention at this time however we will promptly inform the Court pursuant to Your Honor's Individual Rules should any discovery disputes occur.

The parties thank the Court for its time and attention.

Respectfully submitted,

/s/
Shawn R. Clark, Esq.
Phillips & Associates
45 Broadway, Suite 430
New York, New York 10006
(212) 248-7431
sclark@tpglaws.com

cc: All Counsel of Record (By ECF)